SEWELL *et al. v.* DAVENPORT.

LUMPKIN, J. The only grounds contained in the motion for a new trial being the general ones that the verdict was contrary to law and the evidence and without evidence to support it, and the evidence authorizing the finding, there was no error in overruling the motion.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*

AUGUST 10, 1910.

Trover. Before Judge Freeman. Troup superior court. May 3, 1909.

*H. A. Hall,* for plaintiffs in error. *W. C. Wright,* contra.

---

WADDELL *et al. v.* LEDFORD.

LUMPKIN, J. The grounds of the motion for a new trial did not complain of any charge of the court or ruling in regard to the admission or rejection of evidence, but only attacked the verdict on the grounds that it was contrary to law and evidence, without evidence to support it, and contrary to certain charges of the court. The evidence was sufficient to support the finding of the jury; and the verdict having been approved by the presiding judge, this court will not interfere therewith.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*

AUGUST 10, 1910.

Probate of will. Before Judge Freeman. Meriwether superior court. May 7, 1909.

*McLaughlin, Jones & Jones,* for plaintiffs in error.

*Howell & Hatcher,* contra.